**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

VECTRUS SYSTEMS CORPORATION,

               Plaintiff,

    v.

UNITED STATES OF AMERICA,

               Defendant.

Judge _____

Case No. 20-2053 C

**MOTION FOR PROTECTIVE ORDER**

Pursuant to Paragraph 17 of Appendix C to the Rules of the United States Court of Federal Claims, Plaintiff Vectrus Systems Corporation ("Vectrus") respectfully moves for a Protective Order in this matter consistent with the United States Court of Federal Claims Form 8, *Protective Order in Procurement Protest Cases*, to protect confidential, proprietary, and source selection information contained in the Complaint and other filings and hearing transcripts in this bid protest.

The Complaint and related filings contain source selection sensitive information, as well as proprietary information, trade secrets, and confidential financial information, the public release of which would cause severe competitive harm. The record in this bid protest likely will contain similarly sensitive information. Accordingly, Vectrus respectfully requests the Court GRANT this Motion.

1

Date: December 30, 2020                                  Respectfully submitted,

By:  _Kevin P. Mullen_____

Kevin P. Mullen
Sandeep N. Nandivada
Caitlin. A. Crujido
Lyle F. Hedgecock
Victoria D. Angle
Morrison & Foerster LLP
2100 L Street, NW, Suite 900
Washington, DC  20037
Telephone: 202.887.1500
Facsimile: 202.887.0763

*Counsel for Vectrus Systems Corporation*

2